**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PHERAH LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MICROSTRATEGY INC.,**<br><br>    Defendant. | **CIVIL ACTION NO 6:15-cv-983-JRG**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Pherah LLC, and defendant Microstrategy Inc., in this case (Dkt. No. 5), and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Pherah LLC, and defendant, Microstrategy Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated December 31, 2015.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So Ordered and Signed on this**

**Jan 12, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE